IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL

|  |  |
|---|---|
| United States of America, | COURT MINUTES - CRIMINAL |
|  | BEFORE: TONY N. LEUNG |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. |  |
|  | Case No: 22-mj-545 TNL |
| Daniel Lee Campbell, | Date: July 13, 2022 |
|  | Courthouse: Minneapolis |
|  | Courtroom: 9W |
| Defendant. | Time Commenced: 1:52 p.m. |
|  | Time Concluded: 1:55 p.m. |
|  | Time in Court: 3 minutes |

APPEARANCES:

    Plaintiff: Harry Jacobs, Assistant U.S. Attorney
    Defendant: Sarah Weinman, Assistant Federal Public Defender
        X  FPD      X  To be appointed

    X  Advised of Rights

on    Violation of   X  Supervised Release

X Date charges or violation filed: 7/12/2021
X Current Offense: allegedly shot an individual
X **Charges from other District:** Northern District of Iowa
X Title and Code of underlying offense from other District: unlawful transport of firearms with forfeiture allegation- 18:922(g)(1) and 924(a)(2)
X Case no: 13-cr-1010

X Defendant detained.

X Detention hearing reserved for the Northern District of Iowa.
X  Removal hearing waived
X  Removal Order to be issued
X  Commitment Order to another district to be issued

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                                            s/SAE
                                                          Signature of Courtroom Deputy